# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| MAURICE ANTONIO COBB, | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL NO. 5:13-CV-0028-MTT-MSH |
| vs. | : | |
| | : | |
| Warden WILLIAM HOWELL, | : | |
| | : | PROCEEDINGS UNDER 28 U.S.C. § 2254 |
| Respondent. | : | BEFORE THE U.S. MAGISTRATE JUDGE |

_____

## ORDER

Petitioner Maurice Antonio Cobb, a prisoner confined in Colquitt County, Georgia, has filed an application for writ of habeas corpus under 28 U.S.C. § 2254. His Petition, however, names the "Colquitt County C.I." as the respondent. Rule 2 of the Rules Governing § 2254 cases in the United States District Courts provides that "if the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Because the warden of the Colquitt County Correctional Institution is William Howell, the undersigned has corrected the style of this case to show Warden Howell as Respondent.

Petitioner has also neglected to pay the required $5.00 filing fee or otherwise petition the Court for leave to proceed *in forma pauperis*. Petitioner shall have **FOURTEEN (14) DAYS** from the date of this Order to submit either the required $5.00 filing fee or an affidavit to proceed *in forma pauperis* along with a certified copy of his trust fund account statement for the last six months. Failure to comply with this Order will result in the dismissal of Petitioner's application.

There shall be no service of process in this case until further order of the Court.

SO ORDERED, this 28th day of January 2013.

S/Stephen Hyles
UNITED STATES MAGISTRATE JUDGE